# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-261, 3D22-262, 3D22-263, 3D22-264, 3D22-265, 3D22-266
Lower Tribunal Nos. 21-793, 21-794, 21-795, 21-796, 21-4023, 21-2539

_____

**Cary Caster,**
Appellant,

vs.

**Roger Miller,**
Appellee.

Appeals from a non-final order from the Circuit Court for Miami-Dade County, Bertila Soto, Judge.

Nelson Mullins Riley & Scarborough, Amy Steele Donner, Mark F. Raymond, Kayla Quintana, and Francisco Armada, for appellant.

Gordon Rees Scully Mansukhani, LLP, David M. Gersten, and Joseph A. Sacher, for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed. See FlexFunds Holdings, LLC v. Rivero, 341 So. 3d 478, 480 (Fla. 3d DCA 2022) (The standard of review of an order disqualifying counsel is abuse of discretion.).